UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GIOVANNI LEYVA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13-cv-2123 |
| | ) | |
| v. | ) | |
| | ) | Judge Michael M. Mihm |
| TIMOTHY F. BUKOWSKI, MICHAEL D. DOWNEY, SGT. SCHLENDORF, CO MATTHEWS, CO HATCH, and KANKAKEE COUNTY, | ) ) ) ) | Magistrate Judge David G. Bernthal |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel or record for Defendants, **Sgt. Todd Schloendorf, CO John Matthews, and CO Rodney Hatch**, furnish the following in compliance with Rule 11.3 of this Court:

1.   I am the attorney of record for:  **Sgt. Todd Schloendorf, CO John Matthews, and CO Rodney Hatch** in the above captioned case.

2.   The above-named Defendants are not a corporation.

3.   The firm of HERVAS, CONDON & BERSANI, P.C. is expected to appear on behalf of the above-named Defendants.


Dated:   8/01/13

s/ Michael W. Condon
MICHAEL W. CONDON, Atty Bar No.06192071
*Attorney for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
mcondon@hcbattorneys.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GIOVANNI LEYVA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13-cv-2123 |
| | ) | |
| v. | ) | |
| | ) | Judge Michael M. Mihm |
| TIMOTHY F. BUKOWSKI, MICHAEL D. DOWNEY, SGT. SCHLENDORF, CO MATTHEWS, CO HATCH, and KANKAKEE COUNTY, | ) ) ) ) ) | Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2013, I electronically filed the foregoing ***Certificate of Interest*** with the Clerk of the District Court of the Central District of Illinois, Urbana Division, using the CM/ECF system, which will send notification to the CM/ECF participants; and I hereby certify that I have mailed with the United States Postal Service the aforementioned document to the following non-CM/ECF participant by U.S. Certified Mail:

**TO:**  Giovanni Leyva – 20090043645
Cook County Jail
INMATE MAIL
P.O. Box 089002
Chicago, IL 60608
Ph:     773-890-7100
*Pro Se*

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on August 1, 2013, with the proper postage prepaid.

**s/ Michael W. Condon**
MICHAEL W. CONDON, Atty Bar No.06192071
*Attorney for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
mcondon@hcbattorneys.com